IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES T. MOORE | : | CIVIL ACTION |
| v. | : | |
| ERIC K. SHINSEKI, SECRETARY, UNITED STATES DEPARTMENT OF VETERANS AFFAIRS | : | NO. 10-4463 |

<u>ORDER</u>

AND NOW, this 25th day of October, 2011, upon consideration of the defendant's Motion for Summary Judgment (Docket No. 15), the plaintiff's opposition (Docket No. 18), and the reply thereto (Docket No. 20), and following oral argument on October 20, 2011, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the motion is GRANTED. Judgment is hereby ENTERED in favor of the above-named defendant and against the plaintiff. This case is closed.

BY THE COURT:

<u>/s/ Mary A. McLaughlin</u>
MARY A. McLAUGHLIN, J.